# First District Court of Appeal
## State of Florida

_____

No. 1D17-1547

_____

JORGE A. HERNANDEZ,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Alachua County.
James M. Colaw, Judge.

January 10, 2018

PER CURIAM.

AFFIRMED.

JAY, WINSOR, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Andy Thomas, Public Defender, and Steven L. Seliger, Assistant Public Defender, Tallahassee, for Appellant; Jorge A. Hernandez, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.